**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
|         ) | **DOCKET NO: 3:17-CR-185-MOC-DSC** |
| **V.**         ) | |
|         ) | **ORDER** |
|         ) | |
| **PAUL ALBERT KNAPEN,**         ) | |
| _____    ) | |

This matter is before the Court on its own Motion to administratively close the case as to

**Paul Albert Knapen.** The defendant appears to remain a fugitive with no activity taking place

in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes

only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 20, 2020

Max O. Cogburn Jr
United States District Judge